**FILED**

SEP 0 8 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1   PHILLIP A. TALBERT
    Acting United States Attorney
2   JARED C. DOLAN
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA 95814
4   (916) 554-2700

**SEALED**

5   Attorneys for Plaintiff
    United States of America

6

7

8               IN THE UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10                                  2:16 - CR - 0 1 7 1 KJM

11   UNITED STATES OF AMERICA,          CASE NO.

12                   Plaintiff,         ORDER TO SEAL

13   MARIA SEFORA SANTA, and            (UNDER SEAL)
     VIRGIL SEVER SANTA,
14
                     Defendants,
15

16

17          The Court herby orders that the Indictment, the Petition of Assistant U.S. Attorney Jared C.

18   Dolan to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until further order

19   of the Court.

20

21   Dated: 9/8/2016

22                                      _____

23                                      HONORABLE CAROLYN K. DELANEY
                                        United States Magistrate Judge
24

25

26

27

28