PHILLIP A. TALBERT
United States Attorney
JARED C. DOLAN
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARIA SANTA, <br><br> Defendant. | CASE NO. 2:16-CR-171-1 KJM <br><br> GOVERNMENT'S MOTION TO DISMISS INDICTMENT COUNT 2 WITHOUT PREJUDCE AND ORDER |

The United States, through its attorney of record, Assistant U.S. Attorney Amanda Beck, hereby moves pursuant to Federal Rule of Criminal Procedure 48(a) for an order dismissing without prejudice Count 2 of the Indictment against defendant Maria Santa.

The government brings this motion in the interests of justice: The defendant has already entered a guilty plea to Count 1 of the Indictment (*see* Dkt. # 49), and the maximum penalties for Counts 1 and 2 are identical. Thus, the United States does not believe that pursuing Count 2 would be an effective use of judicial or government resources. The defense has no objection to this motion.

Accordingly, the United States respectfully moves to dismiss Count 2 of the Indictment against defendant Maria Santa in Case No. 2:16-cr-171-1 KJM. The United States makes this motion in the

1

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | interests of justice and pursuant to Rule 48(a).  The United States also requests that the Court set a |
| 4 | schedule for sentencing Maria Santa on the crime listed in Count 1 of the Indictment. |

PHILLIP A. TALBERT<br>
United States Attorney

Dated: October 10, 2017                    /s/ Amanda Beck
                                                              AMANDA BECK
                                                              Assistant United States Attorney

**O R D E R**

For the reasons set forth in the United States's motion to dismiss without prejudice, IT IS ORDERED that Count 2 of the Indictment in Case No. 2:16-CR-171-1 KJM is hereby DISMISSED without prejudice pursuant to Federal Rule of Criminal Procedure 48(a).

DATED: October 11, 2017.

_____
UNITED STATES DISTRICT JUDGE